IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| REBECCA JENSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 3:09-CV-5521-JRC<br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby

ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including January 29, 2010, to file Defendant's responsive brief;
- Plaintiff shall have up to and including February 12, 2010, to file an optional reply; and
- Oral argument shall be requested by February 19, 2010.

DATED this 31st day of December, 2009.

                                 J. Richard Creatura
                                 United States Magistrate Judge