UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| REBECCA S. JENSEN, | Civil No. 3:09-CV-5521-JRC |
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for a *de novo* hearing and further administrative proceedings, including but not limited to the following: the administrative law judge will re-evaluate all medical source evidence and explain the weight given each opinion; re-evaluate Plaintiff's credibility and lay witness testimony; re-evaluate Plaintiff's residual functional capacity accordingly; and continue on with the sequential evaluation process, obtaining supplemental vocational expert testimony as necessary.

1       This remand is pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper

2 presentation, this Court will consider Plaintiff's application for costs and attorney's fees under

3 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

4       DATED this 28th day of January 2010.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge